IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| STEPHEN WILES, MD | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 6:14cv661 |
| | § | |
| RACEFAB, INC., *et al*. | § | |

## ORDER ADOPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE

The Report and Recommendation of the Magistrate Judge, which contains her findings, conclusions, and recommendation for the disposition of this case has been presented for consideration. The Report and Recommendation (docket no. 11), filed on December 10, 2014, recommends that Plaintiff's Motion for Default Judgment (docket no. 10) be granted. No written objections have been filed. The Court therefore adopts the findings and conclusions of the Magistrate Judge as those of the Court.

In light of the foregoing, it is

**ORDERED** that Plaintiff's Motion for Default Judgment (docket no. 11) is **GRANTED**. The default judgment will be filed separately.

Any motion not previously ruled on is **DENIED**.

**SIGNED this 12th day of January, 2015.**

_____
MICHAEL H. SCHNEIDER
UNITED STATES DISTRICT JUDGE

1